Local PROB 12Z
(Rev. 5/2005)

United States District Court

for

## WESTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA

vs.                                    Docket No.  3:06CR-00031-S

**MICHAEL PATRICK DAVIS**

### Petition for Modification on Probation and Supervised Release

Comes now Michael T. Clements, Probation Officer of the Court, presenting an official report upon the conduct of Michael Patrick Davis, who was placed on supervision by the Honorable Charles R. Simpson III, Senior Judge, United States District Court, sitting in the Court at the Western District of Kentucky, Louisville Division, on May 7, 2007, who fixed the period of supervision at 7 years supervised release, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 29, 2014, the offender lost his residence, due to his uncle being placed in a nursing home. The offender had been residing with his uncle since his supervision began. The offender also is unemployed. The offender has been staying in shelters since being homeless, and has been working with local community health centers for shelter, food, clothing and medical assistance. However, the offender has been asked to leave most of the shelters, due to their policy of not allowing registered sex offenders to reside on their property. The offender has completed sex offender treatment, and has not had any violations since his supervision began.

On October 8, 2014, the offender reported to the probation office, agreed to the modification request, and signed the attached Probation Form 49 Waiver of Hearing to Modify Conditions of Probation/Supervised Release.

PRAYING THAT THE COURT WILL ORDER as a special condition of supervised release:

The defendant shall reside for a period of up to 180 days, commencing as directed by the U.S. Probation Officer, in the Dismas House of Louisville, 124 West Oak Street, Louisville, Kentucky, and shall observe the rules of that facility.

ORDER OF COURT

It is ordered that a modification be issued and made a part of the records in the above case.

Charles R. Simpson III.
Senior Judge, United States District Court

DATE:  10 - 21 - 2014

I declare under penalty of perjury that the foregoing is true and correct.

Executed by

Michael T. Clements
U.S. Probation Officer

Place  Louisville, Kentucky

Date  October 8, 2014

cc:    U.S. Magistrate, U.S. Attorney, U.S. Probation Officer