# United States District Court
for
**WESTERN DISTRICT OF KENTUCKY**

UNITED STATES OF AMERICA

vs.                                                Docket Number:    0644 3:06CR00031- CRS

Michael Patrick Davis
Homeless

### Petition for Modification on Probation and Supervised Release

Comes now Victor S. Hack , Probation Officer of the Court, presenting an official report upon the conduct of Michael Patrick Davis, who was placed on supervision by the Honorable Charles R. Simpson III, Senior Judge, United States District Court , sitting in the Court at the Western District of Kentucky, Louisville Division, on May 7, 2007, who fixed the period of supervision at seven (7) years supervised release, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOW S:

A home contact was attempted at the offender's last reported residence on August 13, 2018.   At that time it was learned that Mr. Davis left his prior residence and was homeless.   He met with the probation office on this same date and noted he lost his job and could no longer afford his residence. He reported attempting to stay at homeless shelters, but due to his sex offender status he could not access several of them.

On August 14, 2018, Mr. Davis reported to the probation office and executed the Probation Form 49 Waiver of Hearing to Modify Conditions to add the special condition of location monitoring with GPS for a period of up to September 29, 2018 (his expiration date from supervision).   The form was held in abeyance in the event Mr. Davis found a residence on or before August 20, 2018.   He was also placed on daily reporting to the probation officer.

On August 15, 2018, Mr. Davis reported he had met an old friend, Rebecca, and she allowed him to stay with her on this date.

On August 19, 2018, Mr. Davis reported via text that he was removed from his residence at 613 S. 18th Street due to conflict with renter.   He called and filed an emergency protective order on her due to her threatening to kill him.   He was directed to report in the morning to the probation office.

On August 20, 2018, Mr. Davis reported to the probation office.   He acknowledged the requested modification of conditions and stated he understood the reason for such.   He is currently sleeping behind the cathedral near the intersection of 5th and Muhammad Ali Boulevard.   The probation office is working with the offender on potentially obtaining funds to secure a room in a boarding house, but that outcome remains in progress at this time.

PRAYING THAT THE COURT WILL ORDER as a special condition of supervised release

27. The defendant shall be placed in location monitoring, which shall include electronic monitoring with GPS, for a period of until September 29, 2018, commencing upon the direction of the Probation Office. The defendant shall contribute to the Probation Office's cost of services rendered based upon his/her ability to pay as reflected in his/her monthly cash flow as it relates to the court-approved sliding fee scale

ORDER OF COURT

It is ordered that a modification be issued and made a part of the records in the above case.



**Charles R. Simpson III, Senior Judge**
**United States District Court**

August 20, 2018

cc:     U.S. Attorney, U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

Executed by

Hack, Victor S.
U.S. Probation Officer

Place Louisville , Kentucky

DATE:     August 20, 2018